DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 113P16 | State v. Austin Lynn Miller | 1. State's Motion for Temporary Stay (COA15-636) | 1. Allowed **03/31/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's Notice of Appeal Based Upon a Constitutional Question | 3. — |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. Allowed |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |
| 115P16 | Willie T. Kelly, Jr. v. P. McCrory, Governor, et al. | 1. Plt's *Pro Se* Motion for Tort Claim Civil Complaint | 1. Dismissed |
| | | 2. Plt's *Pro Se* Motion for Summons to Appear in Civil Complaint | 2. Dismissed |
| 116P16 | Linda M. Bennett, Executrix for Elizabeth H. Maynard, Deceased, Lisa M. Bennett, Personally on Behalf of Herself and All Others Similarly Situated v. Hospice & Palliative Care Center of Alamance-Caswell, Community Home Care and Hospice, LLC, The Oaks of Alamance, LLC, Jeffrey Brown, M.D., Beth Hodges, M.D., Does 1-10, Inclusive | 1. Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-667) | 1. Dismissed *ex mero motu* |
| | | 2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 3. Dismissed as moot |
| 117P16 | B S K Enterprises, Inc., and B. Kelley Enterprises, Inc. v. Beroth Oil Company | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA15-189) | 1. Denied |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 118P16 | DWC3, Inc., RYFO, LLC, Paul Miller, and Kathleen Miller v. William G. Kissel and Diane L. Kissel | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-252) | Denied |
| 120P16 | State v. Bobby Frederick Walls, Jr. | Def's *Pro Se* Motion for PDR (COA15-289) | Denied |